New 6-1-2006                                                R.I. Local Bankr. Form C.1
                                                            LBR 1007-1(a)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
--------------------------------*
In re: NANCY A. BAPTISTA        :

                                :    BK No.
Debtor(s)                            Chapter 7
                                :
--------------------------------*

### CERTIFICATION BY PRO SE DEBTOR

On 2-10-2014, a voluntary bankruptcy petition was filed by the undersigned, appearing pro se and without legal counsel. Certification is hereby made that:

**CHECK EITHER ITEM 1 OR 2 ONLY. IF ITEM 2 IS SELECTED, PROVIDE NAME AND ADDRESS OF ASSISTANCE PROVIDER:**

(1) ___✓___ No persons and/or entities, other than myself/us, assisted in the preparation, typing, and/or completion of said petition and/or related schedules;

(2) _____ the following persons and/or entities constitute the only persons/entities who assisted in the preparation, typing, and/or completion of said petition and all related schedules, and represent the only sums paid by me/us for these services:

NAME AND ADDRESS OF ASSISTANCE PROVIDER         TOTAL AMOUNT PAID

_____         _____
_____
_____

**I hereby certify under penalty of perjury that the above information is true and accurate to the best of my knowledge. I am aware that the providing of false or incomplete information may result in the denial of discharge in bankruptcy and/or other sanctions.**

2-10-2014                                       /s/ Nancy A. Baptista
DATE                                            SIGNATURE

                                                Phone number (401-385-3561)