**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF RHODE ISLAND

---

| | |
|---|---|
| In Re: Nancy A. Baptista | BK No. 1:14–bk–10233 |
| Debtor(s) | Chapter 7 |

---

### ORDER DISMISSING CASE FOR FAILURE TO FILE MISSING DOCUMENT(S)

Pursuant to this Court's Order to File Missing Documents and Notice of Dismissal if documents are not timely filed issued on 2/10/2014 , and the Debtor's failure to comply therewith by timely filing the missing documents referenced therein, or a motion to extend time for cause shown, it is hereby ORDERED that the within case be and is ***DISMISSED***.

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **2/28/14**

Entered on Docket: **2/28/14**
Document Number: **12 – 5**

172m.jsp #172

---