UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

_____
Baptista, Nancy                              )
                                             )
        Debtor,                      )    CHAPTER 7
                                             )    CASE NO. 14-bk-10233
                                             )
_____)

**NOTICE OF APPEARANCE**

Now comes Attorney Todd S. Dion, Esq. who hereby enters his appearance on behalf of Debtor Nancy Baptista, in the above referenced case.

Dated: March 14, 2014

                              Respectfully Submitted,
                              Debtor by her Attorney,


                               */s/ Todd S. Dion*
                              Todd S. Dion Esq. (6852)
                              1599 Smith Street
                              North Providence, RI 02911
                              401-649-4330 Phone
                              401-649-4331 Fax
                              toddsdion@msn.com

# CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2014, a copy of the foregoing document, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on the following affected parties;

Centreville Bank
1218 Main St.
West Warwick, RI 02893

Flagstar Bank
5151 Corporate Drive
Troy, MI 48098-2639

Chase
P.O.Box 469030
Glendale, CO 80246-9030

Chase
P.O. Box 15123
Wilmington, DE 19850-5123

Bank Of America
P.O. Box 15019
Wilmington, DE 19886-5019

Discover
P.O. Box 71084
Charlotte, NC 28272-1084

Best Buy Credit Services
P.O. Box 183195
Columbus, OH 43218-3195

                                                _/s/ Todd S. Dion_ _
                                                Todd S. Dion, Esq.